Law Library

IN THE SUPERIOR COURT OF GUAM

FILED
SUPERIOR COURT
OF GUAM

2013 SEP 17 PM 4: 48



| | |
|---|---|
| DARIUS A. RICHARDSON, M.D., ) | DOMESTIC CASE NO. DM361-01 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **DECISION AND ORDER** |
| JEAN LORRAINE RICHARDSON, ) | |
| TICOR TITLE INSURANCE, and ) | |
| BANK OF HAWAII, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter came for a hearing on September 17, 2013, before the Honorable Katherine A. Maraman on the following matters: **(A)** Defendant Jean Richardson's Ex Parte Motion for Order to Show Cause Re: Contempt Re: Non-Payment of August 2013 Child Support ("Ex Parte Motion"); **(B)** Defendant Jean Richardson's Motion for Clarification of April 17, 2013 Bench Order Re: Medical Insurance, filed September 3, 2013 ("Motion for Clarification"); **(C)** visitation; and **(D)** child support arrears calculations.

It is ORDERED AND ADJUDGED that:

A. With regard to the Ex Parte Motion, the motion is denied and Father is therefore not in contempt. Although the August 2013 child support payment was late, Mother acknowledged receipt of payment.

B. With regard to the Motion for Clarification, referring to the Worksheet (Appendix C) of the December 17, 2012 Order, Father has a credit for payment of medical insurance which he has done through Staywell Insurance. Since both minors will be in Honolulu, Mother requests Kaiser insurance coverage for them. As such, the December 17, 2012 Decision and Order will be modified as follows:

1

1.      Beginning on November 1, 2013, and going forward, Father is obligated to pay to Mother $157 per month to cover medical insurance expenses costs for the two minor children who are presently under Mother's custody. The $157 payments will be in addition to Father's monthly child support obligation under the December 17, 2012 Order;

2.      Beginning on November 1, 2013, Father is released from his obligation to maintain Staywell Insurance for the two children; and

3.      Uninsured medical expenses incurred by the parties will be reimbursed, with Father being responsible for 81% of the cost and Mother being responsible for 19% of the cost. Each party is required to present a copy of receipts along with their claim for reimbursement.

C.      Visitation will remain as provided in the parenting plan. The stipulations submitted by the parties will not be signed because there is no agreement as to visitation. As such, any request for modification to the visitation arrangements must be made by the filing of the appropriate motion.

D.      In order to assist the Court in updating its child support arrears calculations, the parties are obligated to submit proof of payments made for child support and toward expenses related to education (e.g. books and tuition), internet, and extracurricular activities (e.g. summer school tuition, piano and tennis lessons, and gymnastic classes) during the following time periods from January 1, 2013 through September 30, 2013. The proof must be submitted no later than October 11, 2013.

**SO ORDERED** this 17th day of September, 2013.

HONORABLE KATHERINE A. MARAMAN
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court, Guam
Dated at Agana, Guam

9/17, 2013

Clerk, Superior Court of Guam

2